# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF LOUISIANA LAFAYETTE DIVISION

| | |
|---|---|
| **TOYLAWUD TON TON GALTOGBAH #A079-592-434** | **CASE NO. 6:18-CV-00880 SEC P** |
| **VERSUS** | **JUDGE JUNEAU** |
| **JEFFERSON B SESSIONS III ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this petition for writ of habeas corpus is **DENIED AND DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 7th day of August, 2019.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE